UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO: 2:24-cv-05811-ES-AME

| | |
|---|---|
| **DEROUHE SHEGIAN,** individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| | **JURY TRIAL DEMANDED** |
| Plaintiff, | |
| v. | |
| **CHW GROUP INC.** | |
| Defendant. _____/ | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Derouhe Shegian pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff are hereby dismissed <u>with prejudice</u>, the class claims are dismissed without prejudice and each party is to bear its own fees and costs.

Dated: November 1, 2024

Respectfully submitted,

**DAPEER LAW, P.A.**

<u>/s/ Rachel Dapeer, Esq.</u>
Rachel Dapeer, Esq.
New Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: (732) 655-2119
rachel@dapeer.com

*Counsel for Plaintiff and the Class*

SO ORDERED,

_____
Hon. Esther Salas, U.S,D.J.
Date: 11/4/2024

1